# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**HATAWAY PROPERTY INVESTMENTS**                                                              **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO.: 3:23-cv-00087-DPJ-FKB**

**THE KANSAS CITY SOUTHERN RAILWAY**
**COMPANY, AND DOE DEFENDANTS 1-10**                                                          **DEFENDANTS**

## COUNTERCLAIM OF DEFENDANT
## KANSAS CITY SOUTHERN RAILWAY COMPANY

COMES NOW, The Kansas City Southern Railway Company, ("KCSR") and respectfully submits, pursuant to Fed. R. Civ. P. 13 and 19, this its counterclaim against Hataway Property Investments, LLC ("Hataway"), and would show the Court in support thereof the following:

### PARTIES

1.  Counterplaintiff KCSR is a corporation incorporated in Missouri, and its principal place of business is Kansas City, Missouri. KCSR is therefore a citizen of Missouri for purposes of diversity jurisdiction under 28 U.S.C. § 1332(c)(1).

2.  Counterdefendant Hataway is a limited liability company with two members, namely Preston T. Hataway and Tori Hataway, both of 3030 Dupree Road, Raymond, Mississippi 39154. Both are adult resident citizens of the Second Judicial District of Hinds County, Mississippi.

### JURISDICTION

3.  Because there is complete diversity between the Counterplaintiff and the Counterdefendant, and because the amount in controversy exceeds $75,000, this Court has jurisdiction under 28 U.S.C. § 1332.

4.  Because the Counterdefendant resides in the Southern District of Mississippi, the

Counterdefendant is subject to the personal jurisdiction of this Court.

## VENUE

5. Because the Counterdefendant is deemed to reside in the Southern District of Mississippi, pursuant to 28 U.S.C. § 1391(c)(2), venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1). In addition, venue is proper in this district because all of the property that is the subject of the action is situated in this district, pursuant to 28 U.S.C. §1391(b)(2).

## FACTS

6. KCSR is the owner of a tract of land located in the First Judicial District of Hinds County, Mississippi, a 0.07 acre portion of land as shown and described in the attached Exhibit 1.

7. Hataway owns a parcel of land situated to the southwest of the above-described property. A large warehouse is situated on the property owned by Hataway, along with an adjacent parking lot.

8. On October 24, 2022, KCSR received a survey which disclosed for the first time that a substantial portion of that large warehouse and a portion of the adjacent parking lot encroach onto the above-described property owned by KCSR.

9. The owner of the large warehouse and parking lot has never paid any rent to KCSR or otherwise compensated KCSR for the use of KCSR's property. On information and belief, the large warehouse and parking lot have produced a profit for its owner for many years.

10. KCSR has never granted permission to Hataway to have access to its above-described real property, and Hataway is wrongfully depriving KCSR of the possession of its property.

## RELIEF

WHEREFORE, PREMISES CONSIDERED, KCSR respectfully prays for the following relief:

(a) That the Court will issue a mandatory injunction requiring the removal of the portion of the warehouse and parking lot located on the property of KCSR;

(b) That the Court will issue a prohibitory injunction precluding any future encroachment on the property of KCSR;

(c) That the Court will award damages of and from the Counterdefendant in the amount of reasonable rent for past use of KCSR's property; and

(d) For such other and general relief to which KCSR may be entitled in law and equity.

This, the 25th day of August, 2023.

Respectfully submitted,

**THE KANSAS CITY SOUTHERN RAILWAY COMPANY**

BY:   */s/Charles E. Ross*
CHARLES E. ROSS

**OF COUNSEL:**

Charles E. Ross (MSB #5683)
Christopher H. Coleman (MSB #101899)
**WISE, CARTER, CHILD & CARAWAY, P.A.**
401 E. Capital Street, Suite 600 (39201)
Post Office Box 651
Jackson, MS 39205
T: (601) 968-5500
F: (601) 968-5593
cer@wisecarter.com
chc@wisecarter.com
*Attorneys for The Kansas City Southern Railway Company*

## **CERTIFICATE OF SERVICE**

    I, Charles E. Ross, one of the attorneys for Defendant, The Kansas City Southern Railway Company, do hereby certify that I have this day filed the above and forging document via the CM/ECF system, which forwarded a copy to the following:

>Thomas J. Bellinder, Esq.
>**BELLINDER LAW FIRM**
>200 East Government Street
>Brandon, MS 39042
>T: (601) 487-9340
>F: (601) 265-1797
>thomas@bellinderlawfirm.com

This, the 25th day of August, 2023.

                                               */s/ Charles E. Ross*
                                               CHARLES E. ROSS