IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**HATAWAY PROPERTY INVESTMENTS, LLC**                                                         **PLAINTIFF**

V.                                              CIVIL ACTION NO. : 3:23-cv-00087-DPJ-ASH

**THE KANSAS CITY SOUTHERN RAILWAY**
**COMPANY; AND DOE DEFENDANTS 1-10**                                                  **DEFENDANTS**

**AND**

**THE KANSAS CITY SOUTHERN RAILWAY COMPANY**          **COUNTERPLAINTIFF**

V.

**HATAWAY PROPERTY INVESTMENTS LLC**                          **COUNTERDEFENDANT**

## AGREED DISMISSAL ORDER

**THIS CAUSE** is before the Court on the joint *ore tenus* motion of the parties to dismiss this action, and the Court, having been informed that the parties are in agreement and being fully advised in the premises, finds that said motion is well taken and the same is hereby granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** as follows:

1. Any and all claims or causes of actions for damages and/or injunctive relief asserted in the Compliant filed by Hataway Property Investments LLC ("Hataway") against The Kansas City Southern Railway Company ("KCSR") in this action [Dkt. No. 1-1] are hereby dismissed in their entirety with prejudice; and

2. KSCR's Counterclaim for injunctive relief and damages [Dkt. No. 32] and Hataway's Counterclaim for adverse possession are dismissed without prejudice [Dkt. No. 35],

with each party to bear its own attorney fees, expenses, and costs.

**SO ORDERED**, this the 1ST day of MAY, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

**Agreed to by:**

/s/ Christopher H. Coleman
Charles E. Ross *(MSB #5683)*
Christopher H. Coleman *(MSB #101899)*
**WISE CARTER CHILD & CARAWAY, P.A.**
401 E. Capital Street, Suite 600 (39201)
Post Office Box 651
Jackson, Mississippi 39205
T: (601) 968-5500
F: (601) 968-5593
cer@wisecarter.com
chc@wisecarter.com

*Attorneys for Defendant The Kansas City Southern Railway Company*


/s/ Thomas J. Bellinder
Thomas J. Bellinder, Esq. (MS Bar No. 103115)
**BELLINDER LAW FIRM**
625 N. State St., Suite 101
Jackson, MS 39202
P: 601.487.9340
F: 601.265.1797
thomas@bellinderlawfirm.com

*Attorney for Hataway Property Investments, LLC*